377 A.2d 1001

Porretti et al. v. Levine et al., Appellant.

Argued June 21, 1977.
Jean B. Green, with her Dilworth, Paxson, Kalish & Levy, for appellant; David N. Bressler, with him Krekstein, Shapiro, Bressler & Wolfson, for appellees.

Decree affirmed.